ALAN M. GERSHEL
*GRIEVANCE ADMINISTRATOR*

ROBERT E. EDICK
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

STATE OF MICHIGAN

ATTORNEY GRIEVANCE COMMISSION

BUHL BUILDING
535 GRISWOLD, SUITE 1700
DETROIT, MICHIGAN 48226
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

*ASSOCIATE COUNSEL*

RUTHANN STEVENS
STEPHEN P. VELLA
RHONDA SPENCER POZEHL
EMILY A. DOWNEY
KIMBERLY L. UHURU
DINA P. DAJANI
JOHN K. BURGESS
CHARISE L. ANDERSON
SARAH C. LINDSEY
JORDAN D. PATERRA
NATHAN C. PITLUK
MICHAEL K. MAZUR

April 13, 2017

**PERSONAL AND CONFIDENTIAL**

James W. Bigelow
41570 Hayes Road, Suite E-1
Clinton Twp., MI 48038

RE:   James W. Bigelow as to William R. Seikaly
      AGC File No. 17-0921

Dear Mr. Bigelow:

This office received your Request for Investigation, however, the allegations in your complaint are insufficient to warrant review by the Commission. Accordingly, after careful review by the staff, this matter is being closed under the authority of the Grievance Administrator pursuant to Michigan Court Rule 9.112 (C )(1) (a).

The disciplinary system does not function as a monitor of pending litigation. If you have not done so already, you should bring your concerns to the attention of the trial judge. At this time, given the existence of your lawsuit and the nature of your claims, we decline to conduct an investigation of the matter.

If the court later finds that Attorney Bennett engaged in misconduct, you can renew your Request for Investigation.

William R. Seikaly has been provided with a copy of your Request for Investigation. If my staff or I can be of service to you in the future, please do not hesitate to contact us again.

Very truly yours,

Ruthann Stevens
Senior Associate Counsel

RAS/jmb
cc:  William R. Seikaly (w/enclosure)