# EXHIBIT 4

| STATE OF MICHIGAN<br>COUNTY OF MACOMB<br>16th JUDICIAL CIRCUIT COURT | **ORDER** | Case No.<br>15-0524 CZ |
|---|---|---|

| UKRAINIAN FED. CU | Plaintiff(s) | Attorney: | JAMES BIGELOW | P# 42331 |
| vs | | | | |
| GARAK, HOLYK, ET AL | Defendant(s) | Attorney: | WILLIAM SEIKALY | P# 33165 |

At a session of the Court, held on **October 17, 2016**

**ORDER OF** MOTION FOR REMOVAL OF DOUCUMENTS
Title of Order

**IT IS ORDERED:**

That all social security numbers in Exhibit 3 be redacted and the document shall remain in the courts file. That Exhibit 15 shall remain in the court file. That Plaintiff may remove all names it wishes as to Exhibit 17 and the Exhibit shall remain in the file.

DIANE M. DRUZINSKI
CIRCUIT JUDGE

OCT 17 2016

A TRUE COPY
CARMELLA SABAUGH, COUNTY CLERK
BY: Patricia K. Jones, Court Clerk

**HON. DIANE M DRUZINSKI**   CIRCUIT JUDGE

Approved as to form and substance by:

_____   _____
Signature of attorney for plaintiff   Signature of attorney for defendant

(5/25/04)