EXHIBIT 6

14th – 18th.
Nov 21

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

NO. _15-524 C2_

Ukranian _____ Atty: _Bisrlw_____

_____,
Plaintiff(s)

vs.

Garak Ifal _____ Atty: _Seikaly_____

_____

_____

_____,
Defendant(s)

**ORDER OF** _Granting Closure of Discovery_
_Denying Stay_

At a session of said Court, held on __11/7/16_____.
This cause having been noticed for ____ Discovery Conference, ____ Trial,
____ Settlement Conference, ____ Scheduling Conference, ____ _____.

P Mtn to Close Discovery Granted.
∆ Mtn for Stay Denied

DIANE M. DRUZINSKI

____ Now therefore, IT IS ORDERED that this cause is adjourned to _____
_____ for _____ CIRCUIT JUDGE

____ Therefore, IT IS ORDERED _____ NOV – 7 2016

A TRUE COPY
CARMELLA SABAUGH, COUNTY CLERK
BY: _Patricia K. Drues_ Court Clerk

**Circuit Judge**