# EXHIBIT 10

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

UKRAINIAN FUTURE CREDIT UNION,

    Plaintiff,

Case No. 15-0524-CZ
Hon. Carl J. Marlinga

ANDRII GARAK, SVITLANA GARAK,
IHOR HOLYK, OKSANA HOLYK,
OKSANA HRADOVA, IHOR HRAHOVYY,
STEPAN BILYY, LIDIA SHIBANOV,
VASILY SHIBANOV, Individually and as
Jointly and Severally,

    Defendants.

---

JAMES W. BIGELOW (P42331)
Attorney for Plaintiff
4337 E. Grand River, #227
Howell, Michigan 48843
(586) 530-7788
jameswbigelow@yahoo.com

WILLIAM R. SEIKALY (P33165)
SEIKALY STEWART & BENNETT, P.C.
Attorneys for Defendants Lidia and
Vasily Shibanov
30445 Northwestern Highway, Suite 250
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com

DANIEL RANDAZZO (P39935)
LAW OFFICE OF DANIEL RANDAZZO
Attorney for Defendants Ihor and
Oksana Holyk
2731 S. Adams Road, Suite 100
Rochester Hills, Michigan 48309
(248) 853-1003
attyrandaz@aol.com

PROPOSED ORDER REC'D AUG 07 2017
OBJECTIONS REC'D ____
NO OBJECTIONS AS OF AUG 21 2017

---

**ORDER AWARDING DEFENDANTS LIDIA SHIBANOV AND IHOR HOLYK ACTUAL ATTORNEY FEES AND COSTS PURSUANT TO MCR 2.403(O)**

---

At a session of said Court held in the
City of Mt. Clemens, County of Macomb,
State of Michigan

ON: AUG 21 2017

PRESENT: **CARL J. MARLINGA**
CIRCUIT COURT JUDGE

2

Pursuant to the Court's Opinion and Order dated January 26, 2017, by which the Court granted, in part, both Defendant Ihor Holyk's and Defendant Lidia Shibanov's motions for costs and attorney fees, and after an evidentiary hearing on the matter, on August 4, 2017, and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Ukrainian Future Credit Union pay to Defendant Lidia Shibanov and her attorney, William Seikaly, costs and attorney fees pursuant to MCR 2.403(O) in the amount of $70,049.37.

IT IS FURTHER ORDERED that Plaintiff Ukrainian Future Credit Union pay to Defendant Ihor Holyk and his attorney, Daniel Randazzo, costs and attorney fees pursuant to MCR 2.403(O) in the amount of $20,778.22.

Pursuant to MCR 2.602(A)(3), this case remains closed.

IT IS SO ORDERED.

Date:

CARL J. MARLINGA
CIRCUIT JUDGE

Hon. Carl Marlinga, Circuit Court Judge

AUG 2 1 2017

A TRUE COPY
KAREN A. SPRANGER, COUNTY CLERK
BY: Lisa Hintz, Court Clerk

3