# EXHIBIT 1

| STATE OF MICHIGAN<br>COUNTY OF MACOMB<br>CIRCUIT COURT<br>FAMILY DIVISION | ORDER | 2015-524-CZ |
|---|---|---|

| UKRAINIAN FUTURE CREDIT UNION | Plaintiff(s) | Attorney: JAMES W BIGELOW | P# 42331 |
|---|---|---|---|
| vs | | | |
| GARAK, ET AL | Defendant(s) | Attorney: WILLIAM R SEIKALY | P# 33165 |

At a session of the Court, held on     November 21, 2016

ORDER OF   GRANTING OF DEFENDANT'S MOTION FOR SUMMARY DISPOSITION
*Title of Order*

IT IS ORDERED:

DEFENDANT LIDIA SHIBANOV'S MOTION FOR SUMMARY DISPOSITION GRANTED FOR THE REASONS STATED ON THE RECORD & IN THE BRIEFS. MATTER DISMISSED W/PREJUDICE. CLOSES CASE.

DIANE DRUZINSKI      CIRCUIT JUDGE

Approved as to form and substance by:

_____        _____
Signature of attorney for plaintiff            Signature of attorney for defendant

(5/25/04)