UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKRAINIAN FUTURE CREDIT UNION,

    Plaintiff,

Case No. 17-cv-11483

Hon. Matthew F. Leitman

v.

WILLIAM R. SEIKALY, *et al.*,

    Defendants.

_____/

## ORDER CONCERNING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION (ECF #38)

On November 19, 2017, Plaintiff Ukrainian Future Credit Union (the "Credit Union") filed a motion for a temporary restraining order and/or a preliminary injunction against the Defendants in this case. (*See* ECF #38.)

**IT IS HEREBY ORDERED** that Defendants are not required to respond to the Credit Union's motion for a temporary restraining order and/or a preliminary injunction (ECF #38) unless and until ordered to do so by the Court.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2017, by electronic means and/or ordinary mail.

                                                     s/Holly A. Monda
                                                    Case Manager
                                                    (810) 341-9764