# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 02, 2018

Mr. James W. Bigelow
Attorney at Law
4337 E. Grand River
Suite 227
Howell, MI 48843

Mr. Trent Bryce Collier
Collins, Einhorn, Farrell
4000 Town Center
Ninth Floor
Southfield, MI 48075

Ms. Kathleen Helen Klaus
Maddin, Hauser, Roth & Heller
28400 Northwestern Highway
Third Floor
Southfield, MI 48034

Re: Case No. 18-1052, *Ukrainian Future Credit Union v. William Seikaly, et al*
Originating Case No. : 2:17-cv-11483

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 18-1052

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UKRAINIAN FUTURE CREDIT UNION, a state chartered credit union

    Plaintiff - Appellant

v.

WILLIAM R. SEIKALY; SEIKALY, STEWART & BENNETT, P.C.; JOHN/JANE DOE; LARRY W. BENNETT; JEFFREY T. STEWART; LIDIA SHIBANOV, All Defendants sued jointly & severally

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 02, 2018